1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN & CARMEN CAPOGRECO,         CIV. S-06-417 DFL

      Plaintiffs,

  v.                                ORDER RE DISPOSITION AFTER
                                  NOTIFICATION OF SETTLEMENT
GULF STREAM COACH INC. AND
FREIGHTLINER CUSTOM CHASSIS
CORPORATION,

      Defendants.
_____/

    The court has been advised by defendant Freighliner Customer Chasis' attorney, Peter M. Hart, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than December 22, 2206; and

//

1

   2.   That all hearing dates previously set in this matter are vacated.

   IT IS SO ORDERED.

Dated:  December 1, 2006

                             /s/ David F. Levi
                             DAVID F. LEVI
                             United States District Judge