# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AND CARMEN CAPOGRECO, | ) Case No. 2:06-cv-00417-RRB-DAD |
| Plaintiffs, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| GULF STREAM COACH, INC. AND FREIGHTLINER CUSTOM CHASSIS CORPORATION, | ) |
| Defendant. | ) |

      Based upon the parties' Stipulation to Dismiss, this case is hereby **DISMISSED WITH PREJUDICE,** each party to bear its own costs and fees.

      ENTERED this 13th day of June, 2007.

                      s/RALPH R. BEISTLINE
                      UNITED STATES DISTRICT JUDGE